IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Philip A. Brimmer**

Civil Action No. 22-cv-00353-PAB-SKC

ECS BRANDS, LTD., and
ARTHUR JAFFEE,

    Petitioners,

v.

PHASEX CORPORATION,

    Respondent.
_____

**ORDER ACCEPTING MAGISTRATE JUDGE'S RECOMMENDATION**
_____

This matter is before the Court on the Order and Recommendation of United States Magistrate Judge filed on June 22, 2022 [Docket No. 19]. The Recommendation was served on June 22, 2022. No party has objected to the Recommendation.

In the absence of an objection, the district court may review a magistrate judge's recommendation under any standard it deems appropriate. *See Summers v. Utah*, 927 F.2d 1165, 1167 (10th Cir. 1991); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985) ("It does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."). In this matter, the Court has reviewed the Recommendation to satisfy itself that there is "no clear error on the face of the record."[1]  Fed. R. Civ. P.

---

[1] This standard of review is something less than a "clearly erroneous or contrary to law" standard of review, Fed. R. Civ. P. 72(a), which in turn is less than a de novo review. Fed. R. Civ. P. 72(b).

72(b), Advisory Committee Notes.  Based on this review, the Court has concluded that the Recommendation is a correct application of the facts and the law.  Accordingly, it is

**ORDERED** as follows:

1.  The Order and Recommendation of United States Magistrate Judge [Docket No. 19] is **ACCEPTED**;

2.  The Court will not retain jurisdiction to confirm any arbitration award; and

3.  This case is closed.

DATED July 20, 2022.

BY THE COURT:

_____
PHILIP A. BRIMMER
Chief United States District Judge
